# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Charles Ray Blake, Jr. ) | Case No: 3:06CR00017-007 |
| ) | USM No: 56142-179 |
| Date of Previous Judgment: December 14, 2006 ) | Richard M. Upton, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons x the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96__ months **is reduced to** __78 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __12/14/06__   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/19/10

Judge's Signature

Effective Date: _____
  (if different from order date)

Chief Judge Ralph E. Tyson
Printed name and title

Any motion for reconsideration must be filed within ten (10) days of the date this order is filed in the court. Any additional documentation and supplemental memorandum in support of the motion for reconsideration must be filed within forty-five (45) days of the motion for reconsideration.